THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV9-H

| | |
|---|---|
| DERRICK WILLIAMS,<br>        Plaintiff,<br><br>v.<br><br>GEORGE THOMAS DILLARD and<br>RAYMOND SCARBOROUGH,<br>        Defendants. | ORDER APPROVING<br>STIPULATION OF DISMISSAL |

THIS MATTER coming on for hearing before the undersigned Judge upon stipulation of the parties in the case for dismissal, and,

IT APPEARING to the Court that since all parties involved in this matter have agreed to dismiss the lawsuit,

NOW, THEREFORE, based upon the foregoing, it is hereby ORDERED as follows:

That the parties' Stipulation of Dismissal is APPROVED.

This the 3rd day of February, 2006.

_____
THE HONORABLE CARL HORN
MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA